IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TERIS L.L.C.                                                                                          PLAINTIFF

VS.                              CASE NO. 07-CV-1120 (Lead Case)

CSX TRANSPORTATION, INC., et al.                                      DEFENDANTS

TERIS L.L.C.                                                                                          PLAINTIFF

VS.                              CASE NO. 08-CV-1017

CSX TRANSPORTATION, INC., et al.                                      DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice filed on behalf of all parties in the above styled and numbered cases.  (Doc. No. 38).  The parties stipulate to the dismissal of the above lawsuits pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  They also request that the dismissal be with prejudice and that each party bear its own costs.  Upon consideration, the Court finds that the above styled and numbered cases should be and hereby are **dismissed with prejudice** with each party bearing its own costs.

IT IS SO ORDERED, this 22nd day of January, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

Case 1:07-cv-01120-HFB   Document 39   Filed 01/22/09   Page 2 of 2 PageID #: 144